**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

V.	NO. 4:17CR00111-26 JM

**CHRISTOPHER S. NEWMAN, JR.**

### ORDER MODIFYING CONDITIONS OF RELEASE

The defendant, Christopher S. Newman, Jr., was placed on pretrial release by this Court on May 26, 2017 (Doc. No. 100). The United States filed a motion (Doc. No. 403), to request revocation of Newman, Jr.'s conditions of release. At the pretrial revocation hearing, counsel for the defense stated that the defendant did not contest the allegations in the petition. Counsel for defendant and government presented brief argument. The Court finds probable cause to believe the defendant committed a crime while on pretrial release. The Court also finds, however, that there are additional conditions of release that can be imposed to assure the defendant will not flee or pose a danger to the community. The Court orders Newman, Jr. to be placed on home detention with electronic monitoring at his own expense. The government's motion for revocation of Newman, Jr.'s conditions of pretrial release is denied. All other pre-trial conditions will remain in effect pending resolution of this case.

IT IS SO ORDERED this 1st day of February, 2018.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE